CAROL C. LOWE *v.* MORTON E. LOWE

The motion by the plaintiff for an extension of time in which to file a motion to reargue the appeal from the Superior Court in Fairfield County is denied.

*Sigmund L. Miller,* on the motion.

